UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ, MARIE GRACIA, and MODESTO ALBIRDE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRANSPORTATION MANAGEMENT LLC, R.R. DONNELLEY & SONS COMPANY doing business as R.R. DONNELLEY LOGISTICS, NICA, INC., 4 SAME DAY, and DOES 1 through 10, inclusive,,<br><br>        Defendant. | Case No. CV08-00819<br><br>Hon. Margaret M. Morrow<br><br>**ORDER REGARDING STIPULATION RE CONFIDENTIAL INFORMATION** |

GOOD CAUSE APPEARING, it is hereby ORDERED that all parties to this action and their counsel comply with the provisions of the parties' Stipulation Regarding Confidential Information, which was filed on September 22, 2008, in the above-entitled action.

IT IS SO ORDERED.

Dated:  10/3/2008                                    /s/

_____

Honorable Andrew J. Wistrich
Magistrate Judge, United States District Court

LA1 6725378.1